Argued and submitted September 28, 2015, reversed and remanded
March 22, 2017

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JERRY DASHAWN LAWRENCE,
*Defendant-Appellant.*

Multnomah County Circuit Court
130130182; A155695

391 P3d 900

Erica Herb, Deputy Public Defender, argued the cause for appellant. With her on the opening brief was Peter Gartlan, Chief Defender, Office of Public Defense Services. With her on the reply brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section.

Dustin E. Buehler, Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and James Aaron, Assistant Attorney General.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.*

PER CURIAM

Reversed and remanded. *State v. Washington*, 284 Or App 454, 392 P3d 348 (2017).

---

* DeHoog, J., *vice* Nakamoto, J. pro tempore.